UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*FILED ELECTRONICALLY*

| | |
|---|---|
| JERRY OLIVER, | ) |
|       PLAINTIFF, | ) |
| v. | ) CASE NO. 5:19-cv-00208-CHB |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) |
|       DEFENDANT. | ) |

**JOINT NOTICE OF SETTLEMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff, Jerry Oliver, and Defendant, Life Insurance Company of North America, (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties reached a settlement in principle in this matter on August 12, 2019. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit an Agreed Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| /s/L. Dustin Riddle (by DAC with permission) | /s/ David A. Calhoun |
| L. Dustin Riddle | David A. Calhoun |
| Flynt Law Office, PSC | R. Joseph Stennis |
| P.O. Box 760 | WYATT, TARRANT & COMBS, LLP |
| Salyersville, Kentucky 41465 | 500 West Jefferson Street |
| lydiathemotivator@hotmail.com | Suite 2800 |
| | Louisville, KY  40202-2898 |
| **Counsel for Jerry Oliver** | 502.589.5235 |
| | dcalhoun@wyattfirm.com |
| | jstennis@wyattfirm.com |
| | |
| | **Counsel for Life Insurance Company of North America** |

61865286.1

2