UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JERRY W. OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:19-CV-208-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITHOUT** |
| LIFE INSURANCE COMPANY OF | ) | **PREJUDICE** |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by counsel that settlement has been reached on all matters in this case [R. 6],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to redocket this action upon application to this Court.

This the 15th day of August, 2019.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY